# Court of Appeals
# of the State of Georgia

ATLANTA,___October 17, 2014_____

*The Court of Appeals hereby passes the following order:*

**A15A0291.  MICHELLE JONES v. SRP SUB, LLC.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Michelle Jones appealed to the superior court. The superior court dismissed the appeal after the defendants failed to appear for the final hearing, and Jones appealed. We lack jurisdiction.

Because the superior court's order disposed of a de novo appeal from a magistrate court decision, Jones was required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Her failure to do so deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*_____10/17/2014_____
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*